FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CV-00358-JAG |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| REAL PROPERTY KNOWN AS 304 NORTH DELAWARE AVENUE, WENATCHEE, WASHINGTON, TOGETHER WITH ALL APURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON, | |
| Defendant. | |

BEFORE THE COURT is the parties' Stipulation Re: Settlement and Entry of a Final Order of Forfeiture. ECF No. 35. Having reviewed the pleadings and record in this matter, the Court finds good cause to enter the Final Order of Forfeiture.

On December 8, 2023, the United States alleged in a Verified Complaint for Forfeiture *In Rem*, filed under seal, that the Defendant real property captioned above is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7). ECF No. 1.

The Defendant real property (the "Defendant Property") is described as follows:

FINAL ORDER OF FORFEITURE - 1

> Real property known as 304 North Delaware Avenue, Wenatchee, Washington, legally described as follows:
>
>> Lot 22, Block 9, Bolenbaugh's First Addition to Wenatchee, Chelan County, Washington according to the Plat recorded in Volume 1 of Plats, page 9, records of said county.
>
>> APN 222003465660
>
> Together with all appurtenances, fixtures, attachment and improvements thereto and thereupon.
>
> Subject to all easements, restrictions, reservations and covenants of record.

On December 29, 2023, the United States recorded a Lis Pendens. ECF No. 5.

On January 24, 2024, the Court granted the United States' *ex parte* motion to serve a redacted Verified Complaint. ECF No. 7.

The United States published notice of forfeiture online beginning January 21, 2024, through February 29, 2024. Based on the publication start date, timely claims were due March 21, 2024. ECF No. 13.

On February 6, 2024, notice of this civil forfeiture action was posted on the Defendant Property. ECF No. 11.

On February 22, 2024, Claimant Bradley Billingsley was personally served with the Notice of Complaint for Forfeiture, a redacted copy of the Verified Complaint for Forfeiture *In Rem*, and a copy of the recorded Lis Pendens. Based upon the service date, his timely claim was due March 28, 2024. ECF No. 8

On April 15, 2024, Claimant Bradley Billingsley, filed a *pro se* petition for remission/mitigation form in this matter asserting a legal interest in the Defendant Property and denying that it is forfeitable as alleged by the United States. The form was filed as a claim. ECF No. 9.

On August 1, 2025, the Court entered an order unsealing the case. ECF No. 21.

FINAL ORDER OF FORFEITURE - 2

On September 4, 2025, Claimant Bradley Billingsley, through his attorney, filed a verified claim and answer.  ECF No. 23.

No other claims or petitions have been filed in this matter, and the time for filing a claim or petition in this matter has passed.

On November 12, 2025, the United States and Claimant Bradley Billingsley consented to proceed before a United States Magistrate Judge.  United States Magistrate Judge James A. Goeke was assigned.  ECF No. 28.

On June 22, 2026, Claimant Bradley Billingsley and the United States executed a Stipulation re:  Settlement and Entry of a Final Order of Forfeiture, wherein Claimant Billingsley agreed to settlement of his claim upon the terms agreed to by the parties and to the entry of a final order of forfeiture.  ECF No. 35.

IT APPEARING to the Court that all claims to the Defendant Property have been resolved as described herein;

IT ALSO appearing that no other claims or petitions, timely or otherwise, were received or filed;

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:**

1.     The Defendant Property described herein is hereby forfeited to the United States of America, and no right, title or interest shall exist in any other person.

2.     IT IS FURTHER ORDERED that the Department of Homeland Security shall dispose of the forfeited Defendant Property in accordance with law. Accordingly, the United States and the Department of Homeland Security, and any agents, officers and contractors thereof, shall seize, enter, and secure the real property located at 304 North Delaware Avenue, Wenatchee, WA, in preparation for disposition as agreed by the parties in the filed stipulation.

3.     Upon sale of the Defendant property, the Department of Homeland Security shall remit funds to Claimant Bradley Billingsley as agreed pursuant to the filed stipulation and settlement between the United States and Claimant Billingsley.

FINAL ORDER OF FORFEITURE - 3

4.    The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary.

5.    The District Court Clerk is directed to enter this Order and provide copies to counsel.

DATED August 13, 2026.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

FINAL ORDER OF FORFEITURE - 4